

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
MICHELLE L. WINCHESTER

**SUMMONS IN A CRIMINAL CASE**

Case Number:    05- 01PO- MPT

Camden, DE 19934

(Name and Address of Defendant)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Magistrate Ctrm # 6C, 6th Floor** |
| | Date and Time |
| Before:    **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | 3/31/05 at 1:00 PM |

**\*\* Please report to the U.S. Marshal's in Room# 100 by 12:30 PM**

To answer a(n)

| | Misdemeanor | | | |
|---|---|---|---|---|
| Indictment | X Information | ☐ Complaint | ☐ Violation Notice | ☐ Probation Violation Petition |

Charging you with a violation of Title    18    United States Code, Section(s)    133(a)(4); 18:1343(a)(5)

Brief description of offense:

ASSAULT BY STRIKING, BEATING, WOUNDING;
SIMPLE ASSAULT

BY: _Peter T. Dalleo, Deputy Clerk_
Signature of Issuing Officer

3/22/05   at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

2005 APR 13 AM 9: 46

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ₒₒ (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me | |

| Check one box below to indicate appropriate method of service |
|---|

☐   Served personally upon the defendant at: _____

_____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒   Returned unexecuted:   *Returned* _____

_____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   *3-28-05* _____     *DWThomas* _____
        Date                            Name of United States Marshal

                                                 _____
                                        (by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.