IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-34M-MPT |
| | ) | |
| MICHELLE L. WINCHESTER, | ) | 05-01PO-MPT |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the two count Information in the above-captioned case dated March 9, 2005 in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: May 5, 2006

SO ORDERED this ___10___ day of May, 2006.

_____
THE HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAY 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-34M-MPT |
| MICHELLE L. WINCHESTER, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 5th day of May, 2006, I caused to be filed a **Motion and Order to Dismiss** with the Clerk of Court. I further certify that a copy of the foregoing was mailed via first class mail to counsel of record as follows:

> Penny Marshall
> Assistant Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801

*Marie Steel*
Marie Steel
Legal Assistant